UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Andres Marrero Gonzales

    v.　　　　　　　　　　　　　　　　Case No. 23-cv-436-SE

FCI Berlin, Warden

ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 7, 2024. For the reasons explained therein, the Warden's motion for summary judgment (Doc. No. 3) is granted. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The clerk shall enter judgment and close this case.

                                                              _____
                                                             Samantha D. Elliott
                                                             United States District Judge

Date: September 17, 2024

cc:   Andres Marrero Gonzales, pro se
       Counsel of Record